■ Joel M. Morgan, Appellant, v National City Bank et al., Respondents. (Appeal No. 1.) [821 NYS2d 522]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered December 20, 2004 in a personal injury action. The order denied plaintiff's motion to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]).

All concur, Hayes, J., not participating. Present—Gorski, J.P., Martoche, Green, Pine and Hayes, JJ.